IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 08-CR-50 (HL) |
| KRISTOPHER VONDERHEIDE, | Re: VIOLATION OF SUPERVISED RELEASE |
| Defendant | |

## O R D E R

KRISTOPHER VONDERHEIDE, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a Initial Appearance hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Mr. David Dwight Marshall of Marietta, Georgia. The government was represented by Assistant U. S. Attorney George Christian. The **SUPERVISED RELEASEE** was advised of the allegation made against him in a PETITION FOR ACTION ON SUPERVISED RELEASE filed August 12, 2008, by U. S. Probation Officer Todd D. Garrett. With assistance of counsel, he waived a Preliminary Examination under Rule 32.1 of the Federal Rules of Criminal Procedure.

Upon consideration of the request of counsel for the government that the supervised releasee be detained pending his Final Revocation Hearing, said request is DENIED. In the view of the undersigned, the future appearance of Mr. Vonderheide and the safety of the community can be assured by re-implementing conditions of **ELECTRONIC MONITORING** and home confinement heretofore imposed upon him. **IT IS SO ORDERED AND DIRECTED.**

The Clerk is directed to forward this order to the district judge to whom this case is assigned for the scheduling of the Final Revocation Hearing.

SO ORDERED AND DIRECTED, this 18th day of AUGUST, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE